No. 01–9094. ABDUR'RAHMAN *v.* BELL, WARDEN. C. A. 6th Cir. [Certiorari granted, 535 U. S. 1016.] Motion of respondent and Alabama, as *amicus curiae,* for divided argument and for leave to participate in oral argument as *amicus curiae* granted.

No. 01–10864. HITT *v.* KANSAS. Sup. Ct. Kan. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 02–6540. IN RE PATTERSON;
No. 02–6557. IN RE LARKIN;
No. 02–6570. IN RE MCDONALD;
No. 02–6584. IN RE QUARY;
No. 02–6587. IN RE BROOKS; and
No. 02–6607. IN RE COHEN. Petitions for writs of habeas corpus denied.